IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHERYL ANN COLLINS**                                                        **PLAINTIFF**

        v.                    Civil No. 11-5108

**MICHAEL ASTRUE,**[1] **Commissioner**
**Social Security Administration**                                          **DEFENDANT**

### O R D E R

Now on this 5th day of April 2013, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #19), filed on March 18, 2013, to which no objections have been made. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #19) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, plaintiff's **Application for Award of Attorney Fees and Costs** (document #14) is hereby **granted** as described in the Report and Recommendation. Judgment will be entered under separate order.

**IT IS SO ORDERED.**

                                            /s/ Jimm Larry Hendren
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**

---

[1] As of February 14, 2013, Carolyn W. Colvin became the Acting Social Security Commissioner. Pursuant to Fed. R. Civ. P. 25(d)(1), Carolyn W. Colvin has been substituted for Commissioner Michael Astrue as the defendant in this matter.